**Order entered October 6, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15158

## ORDER

We **REINSTATE** this appeal.

In an order dated August 20, 2015, we ordered the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court, to conduct a hearing and make findings of fact regarding the exhibits for the reporter's record. We also ordered Joie Rivera, Official Court Reporter for the 255th Judicial District Court, to file a reporter's record of the hearing and Felicia Pitre, Dallas County District Clerk, to file a supplemental clerk's record containing the trial court's findings from the hearing within forty-five days.

Before the Court is Ms. Rivera's October 2, 2015 motion seeking a fifteen-day extension of time to file the reporter's record from the hearing. She explains that the hearing was held on September 14, 2015 and continued on September 30, 2015. We **GRANT** Ms. Rivera's motion. The reporter's record from the hearings shall be filed by **OCTOBER 21, 2015**.

The supplemental clerk's record with the trial court's findings of fact is past due.  In a letter dated October 5, 2015, Ms. Pitre informed the Court that her office has not received the trial court's findings of fact.  Accordingly, we **ORDER** Judge Cooks to make findings of fact by **OCTOBER 16, 2015**.

We **ORDER** Ms. Pitre to file a supplemental clerk's record containing the trial court's findings of fact by **OCTOBER 21, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this email by electronic transmission to Judge Cooks, Ms. Rivera, Ms. Pitre, and all parties.

/s/     ELIZABETH LANG-MIERS
        JUSTICE